SEALED DOCUMENT PURSUANT
TO E-GOVERNMENT ACT OF 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED

| UNITED STATES OF AMERICA, | § | CRIMINAL NO. SA-06-CR-511-FB |
|---|---|---|
| Plaintiff, | § | **INDICTMENT** |
| | § | |
| VS. | § | [Vio: Ct. 1: 18 U.S.C. § 922(g)(1) |
| | § | Possession of a firearm or ammunition |
| RUBEN MARTINEZ, | § | by a convicted felon] |
| | § | |
| Defendant. | § | |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[18 U.S.C. § 922(g)(1)]

That on or about December 15, 2005, within the Western District of Texas, the Defendant,

**RUBEN MARTINEZ,**

who having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, to-wit: a Norinco, model Mak-90 Sporter, 7.62X39 caliber rifle, serial number 9445999, which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JOHNNY SUTTON
UNITED STATES ATTORNEY

BY: _____
GERALD H. MATHENY
Special Assistant United States Attorney